```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                            - - -

DAVID R. MANSFIELD          :   CIVIL ACTION NO. 11-268
                            :
           v.               :   Philadelphia, Pennsylvania
                            :   March 30, 2011
ILONA KIRZHNER              :   2:51 o'clock p.m.
. . . . . . . . . . . . . . . .

                       MOTIONS HEARING
             BEFORE THE HONORABLE JOHN R. PADOVA
              UNITED STATES DISTRICT COURT JUDGE

                            - - -

APPEARANCES:

For the Plaintiff:   ANTHONY MARC GALLO, ESQUIRE
                     Fairlie & Lippy P.C.
                     1501 Lower State Road, Suite 304
                     North Wales, PA  19454

For the Defendant:   RICHARD MOSBACK, ESQUIRE
                     Eckert Seamans Cherin & Mellott, LLC
                     Two Liberty Place, 22nd Floor
                     50 S. 16th Street
                     Philadelphia, PA  19102
                             -and-
                     MICHAEL C. HARTMERE, ESQUIRE
                     Venable, LLP
                     Rockefeller Center, 25th Floor
                     1270 Avenue of the Americas
                     New York, NY  10020

                            - - -

Audio Operator:      Mike Beck

Transcribed by:      Geraldine C. Laws, CET

(Proceedings recorded by For The Record digital sound
recording; transcript provided by AAERT-certified
transcriber.)


                  Laws Transcription Service
                    48 W. LaCrosse Avenue
                      Lansdowne, PA 19050
                        (610)623-4178
```

2

```
 1            (The following occurred in open court at 2:51
 2   o'clock p.m.)
 3            THE COURT:  This is Mansfield v. Kirzhner, Civil
 4   Action No. 11-268.  And we have on the Court's calendar this
 5   afternoon plaintiff counsel's motion to withdraw.  Mr. Gallo?
 6            MR. GALLO:  That's correct, your Honor.  And my
 7   client is present here today as well.
 8            THE COURT:  Okay, fine.  Is there any objection, Mr.
 9   Mansfield, to this motion?
10            PLAINTIFF MANSFIELD:  No, your Honor.
11            THE COURT:  Do you have counsel to replace Mr.
12   Gallo?
13            PLAINTIFF MANSFIELD:  I have not selected that yet.
14            THE COURT:  Okay.  Is it your intention to do that?
15            PLAINTIFF MANSFIELD:  Yes, your Honor.
16            THE COURT:  Okay.  Let's take a look at it.
17            (Pause.)
18            THE COURT:  Mr. Mansfield, do you think that 30 days
19   would give you enough time to have counsel enter an
20   appearance?
21            PLAINTIFF MANSFIELD:  Yes, your Honor.
22            THE COURT:  We'll set that then as a time period for
23   that purpose.
24            Has an Answer been filed to the First Amended
25   Complaint?
```

| | |
|---|---|
| 1 | MR. MOSBACK:  No, your Honor. |
| 2 | THE COURT:  Okay.  We're going to grant the motion, |
| 3 | give plaintiff 30 days within which to have new counsel enter |
| 4 | an appearance.  In the meantime, defendant will answer the |
| 5 | First Amended Complaint in a timely fashion.  We'll set a |
| 6 | conference at a point in time more than 30 days from today. |
| 7 | By that time we'll have an Answer to the Complaint and we'll |
| 8 | have new counsel for the plaintiff. |
| 9 | MR. MOSBACK:  Your Honor, may I ask a question? |
| 10 | THE COURT:  Sure. |
| 11 | MR. MOSBACK:  I just would like to know timely |
| 12 | fashion, going by the rules, 14 days? |
| 13 | THE COURT:  We're going by the rules. |
| 14 | MR. MOSBACK:  Okay, that's fine, thank you, your |
| 15 | Honor. |
| 16 | THE COURT:  Right.  Yes, we're going by the rules. |
| 17 | Okay, well, we've adjudicated the motion.  Let's go |
| 18 | off the record now. |
| 19 | (Off the record from 2:54 p.m. until 3:40 p.m.) |
| 20 | THE COURT:  Why don't we have defense counsel report |
| 21 | the agreement to dismiss this action. |
| 22 | MR. HARTMERE:  Thank you, your Honor.  As previously |
| 23 | discussed, an action is pending in the District Court of |
| 24 | Colorado in which Ms. Kirzhner is a plaintiff.  The former |
| 25 | employer of Mr. Mansfield is the defendant in that Colorado |

1   action.  The understanding of all parties present today is
2   that a motion for protective order has been filed in the
3   District of Colorado.  In sum and substance, that protective
4   order, if entered, would preclude the use of an audiotape
5   allegedly of a conversation between Ms. Kirzhner and Mr.
6   Mansfield.  The protective order would prevent that use of
7   that tape in a deposition of Mr. Mansfield in the Colorado
8   action.  It would not, however, preclude Ms. Kirzhner from
9   taking Mr. Mansfield's deposition in that action.
10          The agreement that I believe that we have all
11  reached today is that Ms. Kirzhner will agree to consent to
12  the entry of that protective order in the District of
13  Colorado action.  In exchange Mr. Mansfield will withdraw the
14  instant lawsuit in its entirety.
15          THE COURT:  Mr. Mansfield, do you understand the
16  terms of that agreement?
17          PLAINTIFF MANSFIELD:  I do, your Honor.  And there's
18  just two questions that I have.
19          THE COURT:  Sure, sure.
20          PLAINTIFF MANSFIELD:  The first question is that
21  there are actually three tape recordings, not just one.  And
22  so the protective order sought protection against all three.
23          THE COURT:  Okay.
24          PLAINTIFF MANSFIELD:  I'm willing to withdraw the
25  suit entirety --

| | |
|---|---|
| 1 | THE COURT:  Provided that Ilona Kirzhner agrees to |
| 2 | the entry of the protective order that's sought in the -- is |
| 3 | it a Colorado action? |
| 4 | MR. HARTMERE:  Yes, your Honor. |
| 5 | THE COURT:  Do you have a caption of that? |
| 6 | (Pause.) |
| 7 | MR. HARTMERE:  Yes, your Honor.  The caption is |
| 8 | Kirzhner v. Silverstein, et al, Civil Action No. 09-CV-2858, |
| 9 | pending in the District of Colorado. |
| 10 | THE COURT:  Okay.  What we're going to do before you |
| 11 | leave is that we'll prepare a stipulation of dismissal on the |
| 12 | terms as set forth in the record of today's hearing for all |
| 13 | of you to sign.  And then I'll approve it and then this |
| 14 | action will be dismissed pursuant to Rule 41(a)(1)(ii). |
| 15 | Okay?  And that simply provides for a voluntary dismissal by |
| 16 | the plaintiff of this action without prejudice upon a written |
| 17 | stipulation of dismissal signed by all parties or their |
| 18 | counsel on their behalf. |
| 19 | Let's prepare that stipulation of dismissal. |
| 20 | Stand by and we'll bring it back. |
| 21 | ALL:  Thank you, your Honor. |
| 22 | THE COURT:  And then this matter is going to be |
| 23 | statistically closed. |
| 24 | (Proceedings concluded at 3:43 o'clock p.m.) |

<u>CERTIFICATION</u>

    I hereby certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

```
s:/Geraldine C. Laws, CET              Dated 4/4/11
Laws Transcription Service
```